# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION, SANTA ANA**

| | |
|---|---|
| KIRAN PALLACHULLA, an individual, | Case No. 8:17-CV-731-AG-DFM |
| Plaintiff, | (Removed from Orange County Superior Court, Case No. 30-2017-00910118-CU-CO-CJC) |
| vs. | |
| WRC CONSULTING SERVICES, INC., a California Corporation; LAN-YIN LI WEBER, an individual and DOES 1-10, inclusive, | **ORDER GRANTING STIPULATION OF DISMISSAL** |
| Defendants. | Action Filed: March 21, 2017 |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed with prejudice and the matter is closed.

DATED: September 27, 2017      By: _/s/_

UNITED STATES DISTRICT JUDGE
ANDREW J GUILFORD